```
                              FILED
                        CLERK, U.S. DISTRICT COURT

                             MAR - 3 2010

                        CENTRAL DISTRICT OF CALIFORNIA
                        BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CORA LEE THOMAS,<br><br>    Petitioner,<br><br>    v.<br><br>MARY LATTIMORE, WARDEN,<br><br>    Respondent. | Case No. CV 08-06930 GW (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objections thereto, *de novo*.

IT IS ORDERED that:

1. Petitioner's Objections are overruled because they fail to refute the findings and conclusions set forth in the R&R.
2. The R&R is approved and adopted.
3. Judgment shall be entered denying the Second Amended Petition and dismissing this action with prejudice.
4. All motions are denied as moot and terminated.

///

///

1   IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this
2   Order and the Judgment on all counsel or parties of record.

5   Dated: March 2, 2010

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE