JS-6 / ENTER

FILED
CLERK, U.S. DISTRICT COURT

MAR - 3 2010

CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| CORA LEE THOMAS, | ) | Case No. CV 08-06930 GW (AN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| MARY LATTIMORE, WARDEN, | ) | |
| Respondent. | ) | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation and the Court's related Order approving and adopting the Report and Recommendation.

Dated: March 2, 2010

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE



ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR - 3 2010

CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY